OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellee, v. Wright, Appellant.
[Cite as State v. Wright (1994),         Ohio St.3d        .]
Appellate procedure -- Application for reopening appeal from judgment of conviction based on claim of ineffective assistance of appellate counsel -- Application denied when not timely filed under App.R. 26.
(No. 94-1210 -- Submitted August 17, 1994 -- Decided November 9, 1994.)
Appeal from the Court of Appeals for Cuyahoga County, No. 58953.

Appellant, Jeffrey P. Wright, alleges he was convicted of one count of aggravated burglary, one count of aggravated robbery, one count of felonious assault, and one count of kidnapping. He was sentenced accordingly. He appealed, and the Court of Appeals for Cuyahoga County affirmed the conviction by judgment entry of August 22, 1991. In 1993, he applied to the court of appeals under App. R. 26(B) to reopen the appeal from the judgment of conviction and sentence, alleging ineffective assistance of appellate counsel. The court of appeals denied the application on the basis that it was not timely filed under App. R. 26. Appellant appeals the denial to this court.

Stephanie Tubbs Jones, Cuyahoga County Prosecuting Attorney, and Laurence R. Snyder, Assistant Prosecuting Attorney, for appellee.
Jeffrey P. Wright, pro se.

Per Curiam. The decision of the court of appeals is affirmed for the reasons stated by the court of appeals.

Judgment affirmed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.